IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. NOLLER, Sr.,

        Plaintiff,                    No. CIV S-07-0802 RRB KJM P

    vs.

MEDICAL BOARD OF CALIFORNIA, et al.,

        Defendants.          ORDER

        Plaintiff has requested an extension of time to file objections to the June 6, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 27, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file objections to the June 6, 2007 findings and recommendations.

DATED: July 26, 2007.

                                            U.S. MAGISTRATE JUDGE

/mp
noll0802.36