IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. NOLLER, Sr.,

        Plaintiff,                No. CIV S-07-0802 JKS KJM P

   vs.

MEDICAL BOARD OF CALIFORNIA, et al.,

        Defendants.        ORDER
_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 14, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 16) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: April 24, 2008.

                                                    U.S. MAGISTRATE JUDGE

/mp
noll0802.36