IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. NOLLER, Sr.,

       Plaintiff,                    No. CIV S-07-0802 JKS KJM P

    vs.

MEDICAL BOARD OF CALIFORNIA, et al.,

       Defendants.             <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 13, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for an extension of time (Docket No. 31) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
noll0802.36