IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. NOLLER, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL BOARD OF CALIFORNIA, *et. al.*,<br><br>    Defendants. | No. 2:07-cv-00802-JKS KJM<br><br>ORDER DISMISSING CASE<br>[Fed. R. Civ. P. 41(b)] |

On January 13, 2009, the Court dismissed Plaintiff's amended complaint with leave to file a second amended complaint within 30 days. [Docket No. 28] On March 13, 2009, the Court granted Plaintiff an additional 30 days within which to file a second amended complaint. [Docket No. 32] To date Plaintiff has not filed a second amended complaint, nor has Plaintiff requested a further extension of time within which to file a second amended complaint.

IT IS THEREFORE ORDERED that this matter is DISMISSED, without prejudice, for failure to comply with the order of this Court.[1]

The Clerk of the Court to enter judgment accordingly.

Dated: May 18, 2009.

                                        /s/ James K. Singleton, Jr.
                                          JAMES K. SINGLETON, JR.
                                          United States District Judge

---

[1] Fed. R. Civ. P. 41(b); *see Hells Canyon Preservation Council v. U.S. Forest Service*, 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss *sua sponte* for failure to prosecute or comply with the rules of civil procedure or court's orders).